FILED

03/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0616

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Supreme Court No. DA-20-0616

BENJAMIN M. DARROW,

                Appellant/Plaintiff,

v.

THE EXECUTIVE BOARD OF THE
MISSOULA COUNTY
DEMOCRATIC CENTRAL
COMMITTEE, and DAVID
KENDALL, individually,
and in his position as Chair of the
MISSOULA COUNTY
DEMOCRATIC CENTRAL
COMMITTEE,

                Appellee/Defendant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 8, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 8 2021